# EXHIBIT 3



Select Language
Powered by Google Translate

# Civil Court Case Information - Case History

### Case Information
Case Number: CV2021-002181  Judge: Kemp, Michael
File Date: 2/9/2021  Location: Downtown
Case Type: Civil

### Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Marino V Scafidi | Plaintiff | Male | Lisa Counters |
| Mutual Of Omaha Insurance Co | Defendant | | Pro Per |

### Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 3/5/2021 | ACS - Acceptance Of Service | 3/9/2021 | |

**NOTE:** Acceptance of Service/ MUTUAL OF OMAHA INSURANCE CO

| 2/9/2021 | COM - Complaint | 2/9/2021 | |

**NOTE:** Complaint

| 2/9/2021 | CSH - Coversheet | 2/9/2021 | |

**NOTE:** Civil Cover Sheet

| 2/9/2021 | CCN - Cert Arbitration - Not Subject | 2/9/2021 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| 2/9/2021 | SUM - Summons | 2/9/2021 | |

**NOTE:** Summons

### Case Calendar
**There are no calendar events on file**

### Judgments
**There are no judgments on file**